Jay Earl Smith, Esq.
Nevada Bar No. 1182
Joseph T. Prete, Esq.
Nevada Bar No. 9654
Katie M. Weber, Esq.
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel:  (702) 252-5002
Fax: (702) 252-5006
Email: jes@slwlaw.com
       jtp@slwlaw.com
       kw@slwlaw.com
Attorneys for Defendants
JPMorgan Chase Bank, N.A., as an acquirer
of certain assets and liabilities of
Washington Mutual Bank, FA from the
FDIC, acting as receiver; and California
Reconveyance Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BERNADINE ANDERSON, SHERRI BRUCE, | CASE NO.   2:10-cv-02084-GMN-RJJ |
| Plaintiffs, | |
| v. | **ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION AND STAYING ALL PROCEEDINGS FOR 90 DAYS** |
| WASHINGTON MUTUAL BANK, FA, FDIC, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, CALIFORNIA RECONVEYANCE COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | |
| Defendants. | |

. . .

. . .

On February 24, 2011, at 10:00 a.m., the Motion for Preliminary Injunction (the "Motion") filed by Plaintiffs Bernadine Anderson and Sherri Bruce came before the Honorable Judge Gloria Navarro for hearing. Defendants JPMorgan Chase Bank, N.A., as an acquirer of certain assets and liabilities of Washington Mutual Bank, FA from the FDIC, acting as receiver, and California Reconveyance Company (collectively, "Defendants") appeared through Katie M. Weber, Esq. of Smith Larsen & Wixom, and Plaintiffs appeared in proper person.

Upon considering the Motion, and all pleadings and papers on file herein, and having heard the arguments of Plaintiffs and appearing counsel, and good cause appearing, the Court hereby enters its Order as follows:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs have failed to show a likelihood of success on the merits of their claims, and their Motion is DENIED;

IT IS FURTHER ORDERED that all proceedings in this matter are hereby stayed for a period of ninety (90) days from the entry of this Order (the "Stay Period");

IT IS FURTHER ORDERED that Defendants will cease foreclosure proceedings during the Stay Period;

IT IS FURTHER ORDERED that Plaintiffs will make monthly payments of one thousand dollars ($1,000.00) every thirty (30) days during the Stay Period, with the first payment due on March 1, 2011. These payments should be sent to the following address:

> JPMorgan Chase Bank, N.A.
> Attn: Eric Bovee, Litigation Support Analyst
> 111 E. Wisconsin Ave., 15th Floor
> WI1-2089
> Milwaukee, WI 53202;

IT IS FURTHER ORDERED that Plaintiffs' failure to make these monthly payments during the Stay Period will result in a lift of the stay; and

IT IS FURTHER ORDERED that during the Stay Period the parties will engage in the Nevada Foreclosure Mediation Program, with each party individually responsible for paying the mandatory fee. A representative of the beneficiary and/or loan servicer, with actual authority to consider a loan modification, must participate in the mediation, although actual modification is not required. Plaintiffs will provide all requested information to Defendants in advance of the mediation in good faith, and the parties will otherwise participate in the mediation process in accordance with the established requirements of the Nevada Foreclosure Mediation Program.

**IT IS SO ORDERED** this 1st day of March, 2011.

_____
Gloria M. Navarro
United States District Judge